UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MB SERVICE STATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　　　Defendant. | **Case No. 2:09-CV-01868-WBS-DAD**<br><br>**ORDER RE STIPULATION TO EXTEND CONOCOPHILLIPS COMPANY'S TIME TO RESPOND TO THE COMPLAINT** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's ("COP") time to respond to Plaintiff's complaint is extended to September 15, 2009 so that the Judicial Panel on Multidistrict Litigation can rule on COP's request that this action be consolidated into MDL No. 2040 as a "Tag-Along Action" pursuant to Judicial Panel on Multidistrict Litigation, Rule 7.4, and Plaintiff can file its motion for remand. Should the Panel not rule on COP's request by September 15, 2009, COP shall report further to the Court so that it may revisit whether a further stay would be appropriate.

/ / /

/ / /

1  Nothing herein shall prevent Plaintiff's ability to seek a temporary restraining order or
2  preliminary injunction against COP before COP has responded to the complaint.

3  Dated:        July 16, 2009

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT