|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MB SERVICE STATION, | ) | **Case No. 2:09-CV-01868-WBS-DAD** |
| | ) | |
| Plaintiff, | ) | **ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND** |
| vs. | ) | |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive, | ) | Date:   September 28, 2009<br>Time:   2:00 p.m.<br>Dept.:   5 |
| Defendant. | ) | Judge:   Hon. William B. Shubb |

Pursuant to the stipulation of counsel, the Court hereby Orders that hearing on Plaintiff's motion to remand to state court (Docket No. 17) shall be continued to October 26, 2009, at 2:00 p.m.

Dated: September 27, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND