UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MB SERVICE STATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendant. | Case No. 2:09-CV-01868-WBS-DAD<br><br>**ORDER RE STIPULATION TO CONTINUE STATUS CONFERENCE** |

　　　　FOR GOOD CAUSE SHOWN, THE COURT ORDERS that the November 16, 2009 status conference is vacated and reset for **February 8, 2010 at 2:00 p.m.**  The deadlines set in the Court's July 8, 2009 Order Re: Status (Pretrial Scheduling) Conference shall be based on this new date.  Should the Judicial Panel not transfer the case or rule on Plaintiff's motion to vacate the Conditional Transfer Order within 60 days, COP will report further to the Court so that it may revisit whether a further continuance would be appropriate.

Dated: November 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER RE STIPULATION TO CONTINUE STATUS CONFERENCE